Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT  84115
(801) 263-3400
(801) 263-6513 (fax)
LundbergECFmail@lundbergfirm.com

Attorneys for EverHome Mortgage Company
L&A Case No. 10-00139

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re: | Bankruptcy No. 10-34839 JTM |
|---|---|
| William L. Johnson and Evelyn Ann Johnson, | (a Chapter 13 case) |
| Debtors. | Filed Electronically |

OBJECTION TO CONFIRMATION

   EverHome Mortgage Company ("Creditor"), a secured creditor of the above-referenced debtors, objects to confirmation of the debtors' Chapter 13 Plan (the "Plan") on the grounds that the Plan does not provide any treatment for Creditor's arrearage claim as set forth in Creditor's Proof of Claim.

   Creditor requests approval of reasonable attorney fees and costs in the amount of $250.00 in connection with the filing of the Proof of Claim and monitoring for plan amendments and

confirmation of the case. Reasonable attorney fees are allowable pursuant to the loan documents. The fees have been included in the Proof of Claim.

    DATED: December 28, 2010.

                LUNDBERG & ASSOCIATES


                By ____/s/_____
                Mark S. Middlemas
                Attorneys for Creditor

### CERTIFICATE OF NOTIFICATION

I hereby certify that on December 28, 2010 I sent a copy of the foregoing Objection to Confirmation, electronically or by first class mail, to each of the following:

        Robert S. Payne
        Lincoln Law
        ECF
            Attorney for Debtors

        Kevin Anderson
        ECF
            Chapter 13 Trustee

        William L. Johnson
        Evelyn Ann Johnson
        P.O. Box 103
        Jensen, UT 84035
            Debtors


              _____/s/_____
              Mark S. Middlemas